IT IS SO ORDERED.

Dated: 19 April, 2021 04:06 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | James J. Warmuth | ) | Case No. 21-10689-jps |
| | | ) | Chapter 13 Proceedings |
| | Debtor(s) | ) | Judge Jessica E. Price Smith |

## ORDER GRANTING TRUSTEE'S MOTION
## FOR ORDER DETERMINING DISCHARGE INELIGIBILITY

This case came on for consideration upon the Trustee's Motion for Order Determining Discharge Ineligibility ("Trustee's Motion"). Any Objections or Responses filed have been withdrawn or overruled.

**THE COURT FINDS** that Trustee's Motion is well taken and will be granted accordingly.

**IT IS, THEREFORE, ORDERED** that Trustee's Motion is hereby granted; and

**IT IS FURTHER ORDERED** that pursuant to §1328(f) of the Bankruptcy Code, the Clerk of the United States Bankruptcy Court is hereby directed to not enter an order of discharge.

**IT IS SO ORDERED.**

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

ADAM S. BAKER, Attorney for Debtor(s)
(served via ECF)

JAMES J. WARMUTH, Debtor(s)
13215 PURITAS AVE.
CLEVELAND, OH 44135

All creditors and parties of interest

###